No. 25-2132

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

SEGA OF AMERICA, INC.,

*Plaintiff-Appellee*,

v.

CONSOVOY MCCARTHY PLLC,

*Defendant-Appellant*.

On Appeal from the United States District Court for the
Eastern District of Virginia, No. 1:25-cv-00257 (Hilton, J.)

## JOINT MOTION TO STAY PROCEEDINGS

| | |
|---|---|
| Phillip Craig Cardon<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>1901 Avenue of the Stars, Ste. 1600<br>Los Angeles, CA 90067<br>(310) 228-3700<br>ccardon@sheppardmullin.com<br><br>*Counsel for Appellee*<br>*Sega of America, Inc.* | Thomas R. McCarthy<br>Bryan Weir<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, Virginia 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>bryan@consovoymccarthy.com<br><br>*Counsel for Appellant*<br>*Consovoy McCarthy PLLC* |

-1-

## JOINT MOTION TO STAY PROCEEDINGS

The parties have consummated a settlement agreement that, once administered and its conditions satisfied, will resolve this dispute. Due to the nature of the settlement agreement, its administration will take approximately six months before the parties are prepared to seek dismissal of this case.

While the parties work diligently to administer the settlement, Sega of America, Inc. and Consovoy McCarthy PLLC jointly request that the Court stay this appeal until dismissal of the underlying district court action. The parties will provide a status update every 60 days to report on settlement administration progress prior to submission of a stipulation to dismiss the appeal.

In support of this motion, the parties jointly state:

1.      On October 31, 2025, the parties reported that they "reached an agreement in principle that, if finalized, will resolve the issues on appeal." Dkt. 24, at 2. At that time, the parties requested and received an extension of the briefing schedule in this appeal to tend to settlement negotiations. Dkt. 24, 25.

2.      On November 17, 2025, pursuant to the operative briefing schedule, Consovoy filed its opening brief in this appeal. Dkt. 28.

3.      On December 3, 2025, the parties consummated a settlement agreement that, once administered and its conditions satisfied, will resolve this dispute. The parties anticipate that administration of this settlement agreement will take

approximately six months to complete, at which time they will seek dismissal of the underlying district court case and all appeals.

4.     Good cause exists to stay this appeal before Sega's response brief deadline (December 16, 2025) to avoid briefing and consideration of an appeal that may soon be unnecessary.  The interests of efficiency and judicial economy support the requested extension. *Maryland v. Universal Elections, Inc.*, 729 F.3d 370, 379 (4th Cir. 2013) (recognizing this Court possesses the inherent power to stay proceedings "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"); *see also* Local Rule 33 (recognizing the need to control the course of proceedings in a manner that facilitates settlement).

5.     The requested stay will be limited in duration. It will give the parties sufficient time to administer their agreement without unduly prolonging proceedings in this Court.

6.     To ensure efficient resolution, the parties will submit a joint status update every 60 days during the pendency of the requested stay to report on settlement administration progress. Once the parties complete settlement administration activities, in approximately six months, they will submit a stipulation to dismiss the underlying district court case and all appeals.

7.    The parties conferred and jointly consent to the granting of this motion. *See* Local Rule 27(a).

## CONCLUSION

For the foregoing reasons, the parties jointly move to stay this appeal pending administration of the parties' negotiated resolution. Upon entry of a stay order, the parties will submit their first joint status report 60 days from that order.

Dated:   December 9, 2025

Respectfully submitted,

*/s/ Phillip Craig Cardon*

Phillip Craig Cardon
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
1901 Avenue of the Stars, Ste. 1600
Los Angeles, CA 90067
(310) 228-3700
ccardon@sheppardmullin.com

*Counsel for Appellee Sega of America, Inc.*

*/s/ Bryan Weir*

Thomas R. McCarthy
Bryan Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
tom@consovoymccarthy.com
bryan@consovoymccarthy.com

*Counsel for Appellant Consovoy McCarthy PLLC*

-5-

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rules of Appellate Procedure 27(d)(1)(E) and 27(d)(2)(A) because it contains 489 words, excluding the parts that can be excluded. This brief also complies with the rules because it is prepared in a proportionally spaced face using Microsoft Word in 14-point Times New Roman font.

Dated:   December 9, 2025                    /s/ *Bryan Weir*


## CERTIFICATE OF SERVICE

I filed this document on the Court's electronic filing system, which will email everyone requiring notice.

Dated:   December 9, 2025                    /s/ *Bryan Weir*